IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00157-RBJ

BRANDI HALVORSON,

    Plaintiff,

v.

THE CITY OF PUEBLO,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THE COURT, having reviewed the Parties' Stipulated Motion to Dismiss Case with Prejudice and being fully advised,

DOES HEREBY ORDER that this action is DISMISSED with prejudice, each party to bear their own costs and fees.

Done this  28th  day of  September , 2017.

BY THE COURT:

*[signature: Brooke Jackson]*
_____
R. Brooke Jackson
United States District Judge